# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

JAMAL AWAD                                          CIVIL ACTION NO. 05-1742

VERSUS                                                   JUDGE ROBERT G. JAMES

ALBERTO GONZALES, ET AL.                    MAG. JUDGE KAREN L. HAYES


## JUDGMENT


For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under applicable law, and considering the objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Mandamus [Doc. No. 1] be DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Stay of Removal [Doc. No. 4] be DENIED.

MONROE, LOUISIANA, this 2nd day of June, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE