
RECEIVED
IN MONROE, LA
JUL 1 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMAL AWAD | CIVIL ACTION NO. 05-1742 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALBERTO GONZALES, ET AL. | MAG. JUDGE KAREN L. HAYES |

**ORDER**

Upon consideration,

IT IS ORDERED that Petitioner's Motion to Reconsider Under Federal Rules of Civil Procedure Rule 60(b)(2) [Doc. No. 20] is DENIED. The Court has reviewed the evidence relied upon by Petitioner, but finds no reason to set aside its June 2, 2006 Judgment.

MONROE, LOUISIANA, this 11 day of July, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE